1  PETER M. HART (SBN 198691)
   LAW OFFICES OF PETER M. HART
2  13952 Bora Bora Way, F-320
   Marina Del Rey, CA 90292
3  Telephone:   (310) 478-5789
   Facsimile:   (509) 561-6441
4  hartpeter@msn.com

5  KENNETH H. YOON (SBN 198443)
   LAW OFFICES OF KENNETH H. YOON
6  One Wilshire Blvd., Suite 2200
   Los Angeles, CA 90017
7  Telephone:   (213) 612-0988
   Facsimile:   (213) 947-1211
8  kyoon@yoon-law.com

9  LARRY W. LEE (State Bar No. 228175)
   DIVERSITY LAW GROUP, A Professional Corporation
10 444 S. Flower Street
   Citigroup Center • Suite 1370
11 Los Angeles, California 90071
   Telephone: (213) 488-6555
12 Facsimile: (213) 488-6554
   lwlee@diversity-law.com

Attorneys for Plaintiff
(additional counsel for Plaintiff on the following page)

15 Gilmore F. Diekmann, Jr. (SBN 50400)
   Francis J. Ortman, III (SBN 213202)
16 SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
17 San Francisco, California 94105
   Telephone:   (415) 397-2823
18 Facsimile:   (415) 397-8549
   fortman@seyfarth.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILSON, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETER KIEWIT SONS, INC., a corporation, and KIEWIT PACIFIC CO., a corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:  C 09-03630 SI<br><br>[PROPOSED] ORDER TO DISMISS DEFENDANT PETER KIEWIT SONS, INC. WITHOUT PREJUDICE AND TO GRANT LEAVE TO AMEND |

**ORDER**

This matter is before the Court on the Stipulation Re: Dismissal of Peter Kiewit Sons, Inc. and Leave to Amend. The Court, having considered the Stipulation, now finds that the Stipulation should be granted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** as follows:

1. Defendant Peter Kiewit Sons, Inc. is dismissed without prejudice from the First Amended Complaint.

2. Plaintiff and all Defendants shall bear their own costs and attorneys' fees in connection with the dismissal of Defendant Peter Kiewit Sons, Inc.

3. Plaintiff is granted leave to file her Second Amended Complaint which shall be filed and served within five (5) days of this Order.

4. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant shall have fourteen (14) days from the service of the Second Amended Complaint to respond to Plaintiff's Second Amended Complaint. If service is achieved by United States mail, Defendant shall have an additional three (3) days to respond.

**IT IS SO ORDERED.**

Dated: _____ _____
Honorable Judge Susan Illston
United States District Judge