PETER M. HART (SBN 198691)
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone:     (310) 478-5789
Facsimile:     (509) 561-6441
hartpeter@msn.com

KENNETH H. YOON (SBN 198443)
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone:     (213) 612-0988
Facsimile:     (213) 947-1211
kyoon@yoon-law.com

LARRY W. LEE (State Bar No. 228175)
DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street
Citigroup Center • Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
lwlee@diversity-law.com

Attorneys for Plaintiff
(additional counsel for Plaintiff on the following page)

Gilmore F. Diekmann, Jr. (SBN 50400)
Francis J. Ortman, III (SBN 213202)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549
fortman@seyfarth.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILSON, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETER KIEWIT SONS, INC., a corporation, and KIEWIT PACIFIC CO., a corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:  C 09-03630 SI<br><br>[PROPOSED] ORDER TO DISMISS DEFENDANT PETER KIEWIT SONS, INC. WITHOUT PREJUDICE AND TO GRANT LEAVE TO AMEND |

**ORDER**

This matter is before the Court on the Stipulation Re: Dismissal of Peter Kiewit Sons, Inc. and Leave to Amend. The Court, having considered the Stipulation, now finds that the Stipulation should be granted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** as follows:

1. Defendant Peter Kiewit Sons, Inc. is dismissed without prejudice from the First Amended Complaint.

2. Plaintiff and all Defendants shall bear their own costs and attorneys' fees in connection with the dismissal of Defendant Peter Kiewit Sons, Inc.

3. Plaintiff is granted leave to file her Second Amended Complaint which shall be filed and served within five (5) days of this Order.

4. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant shall have fourteen (14) days from the service of the Second Amended Complaint to respond to Plaintiff's Second Amended Complaint. If service is achieved by United States mail, Defendant shall have an additional three (3) days to respond.

**IT IS SO ORDERED.**

Dated: _____    _____
  Honorable Judge Susan Illston
  United States District Judge