12 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 3/19/10

Case No.   C-09-3630 SI            Judge:   SUSAN ILLSTON

Title: ASHLEY WILSON  -v- PETER KIEWIT

Attorneys: M. Coyle, K. West Moreland, L. Lee            F. Ortman

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **9/17/10    @ 3:00 p.m..** for Further Case Management Conference

Case continued to   **9/17/10@ 9:00 a.m.**   for Motion for Class Certification
(Motion due **8/13/10**, Opposition **8/27/10** Reply **9/3/10**)

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:

The motion schedule was continued as indicated above.