PETER M. HART (SBN 198691) hartpeter @ msn.com
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

KENNETH H. YOON (SBN 198443) kyoon @ yoon-law.com
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

LARRY W. LEE (State Bar No. 228175) lwlee @ diversity-law.com
DIVERSITY LAW GROUP, A Professional Corporation
444 S. Flower Street
Citigroup Center • Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

Attorneys for Plaintiff
ASHLEY WILSON

Gilmore F. Diekmann, Jr. (SBN 50400) gdiekmann @ seyfarth.com
Francis J. Ortman, III (SBN 213202) fortman @ seyfarth.com
Ari Hersher (SBN 260321) ahersher @ seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KIEWIT PACIFIC CO.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY WILSON, as an individual and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER KIEWIT SONS, INC., a corporation, and KIEWIT PACIFIC CO., a corporation and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: C 09-03630 SI<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT |

**ORDER**

This matter is before the Court on the Stipulation Re: Numerousity and Leave to File Third Amended Complaint. The Court, having considered the Stipulation, now finds that the Stipulation should be granted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** as follows:

1. Plaintiff is granted leave to file her Third Amended Complaint, which is attached to the Stipulation as Exhibit "A."

2. Defendant Kiewit Pacific Co. shall have ten days from the date the Third Amended Complaint is filed to file its responsive pleading thereto.

**IT IS SO ORDERED.**

Dated: _____ _____
Honorable Judge Susan Illston
United States District Judge