SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
KIEWIT PACIFIC CO.

LAW OFFICES OF KENNETH H. YOON
Kenneth H. Yoon (State Bar No. 198443) kyoon@yoonlaw.com
Melissa M. Coyle (State Bar No. 232775) mcoyle@yoonlaw.com
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff
ASHLEY WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT PACIFIC CO., a corporation;<br><br>Defendant. | Case No.: C09-03630 SI<br><br>**[PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO CERTIFY CLASS AND ACCOMPANYING DATES**<br><br>Date:   September 17, 2010<br>Time:   9:00 a.m.<br>Dept:   10, 19th Floor<br>Judge:  Hon. Susan Illston |

Based on the Stipulation to Continue Hearing Date on Plaintiff's Motion to Certify Class and Accompanying Dates, filed by Plaintiff ASHLEY WILSON and Defendant KIEWIT PACIFIC CO., the Court orders as follows:

The hearing on Plaintiff's Motion for Class Certification is hereby continued from September 17, 2010 at 9:00 a.m. in Department 10 to October 1, 2010 at 9:00 a.m. in Department 10.

1

[Proposed] Order re: Hearing on Plaintiff's Motion for Class Certification / Case No. C09-03630 SI

Defendant KIEWIT PACIFIC CO.'s opposition to Plaintiff's Motion for Class Certification shall be filed by September 3, 2010.

Plaintiff ASHLEY WILSON's reply brief in support of her Motion for Class Certification shall be filed by September 17, 2010.

IT IS SO ORDERED.

Dated: August __, 2010

_____
Susan Illston
Judge, U.S. District Court

Respectfully submitted by,

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549


       s/ Francis J. Ortman
_____
Francis J. Ortman
Attorney for Defendant KIEWIT PACIFIC CO.