1    SEYFARTH SHAW LLP
     Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
2    Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
     Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
3    560 Mission Street, Suite 3100
     San Francisco, California  94105-2930
4    Telephone: (415) 397 -2823
     Facsimile:  (415) 397-8549

5
     Attorneys for Defendant
6    KIEWIT PACIFIC CO.

7    LAW OFFICES OF KENNETH H. YOON
     Kenneth H. Yoon (State Bar No. 198443) kyoon@yoonlaw.com
8    Melissa M. Coyle (State Bar No. 232775) mcoyle@yoonlaw.com
     One Wilshire Boulevard, Suite 2200
9    Los Angeles, California 90017-3383
     Telephone: (213) 612-0988
10   Facsimile: (213) 947-1211

11   Attorneys for Plaintiff
     ASHLEY WILSON

12

13                       UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15

16   ASHLEY WILSON, as an individual and on      )   Case No.:  C09-03630 SI
     behalf of all others similarly situated,    )
17                                               )   [PROPOSED] ORDER CONTINUING
                      Plaintiff,                 )   HEARING DATE ON PLAINTIFF'S
18                                               )   MOTION TO CERTIFY CLASS AND
            v.                                   )   ACCOMPANYING DATES
19                                               )
     KIEWIT PACIFIC CO., a corporation;          )   Date:   September 17, 2010
20                                               )   Time:  9:00 a.m.
                      Defendant.                 )   Dept:  10, 19th Floor
21   _____     )   Judge: Hon. Susan Illston

22          Based on the Stipulation to Continue Hearing Date on Plaintiff's Motion to Certify Class

23   and Accompanying Dates, filed by Plaintiff ASHLEY WILSON and Defendant KIEWIT

24   PACIFIC CO., the Court orders as follows:

25          The hearing on Plaintiff's Motion for Class Certification is hereby continued from

26   September 17, 2010 at 9:00 a.m. in Department 10 to October 1, 2010 at 9:00 a.m. in Department

27   10.

28

                                              1
     [Proposed] Order re: Hearing on Plaintiff's Motion for Class Certification / Case No. C09-03630 SI

1

2          Defendant KIEWIT PACIFIC CO.'s opposition to Plaintiff's Motion for Class

3   Certification shall be filed by September 3, 2010.

4          Plaintiff ASHLEY WILSON's reply brief in support of her Motion for Class Certification

5   shall be filed by September 17, 2010.

6          IT IS SO ORDERED.

7   Dated: August __, 2010
                                              _____
8                                             Susan Illston
                                              Judge, U.S. District Court
9   Respectfully submitted by,

10  SEYFARTH SHAW LLP
    Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
11  Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
    Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
12  560 Mission Street, Suite 3100
    San Francisco, California  94105-2930
13  Telephone: (415) 397 -2823
    Facsimile:   (415) 397-8549
14

15        _____s/ Francis J. Ortman_____
16  Francis J. Ortman
    Attorney for Defendant KIEWIT PACIFIC CO.
17

18

19

20

21

22

23

24

25

26

27

28

12650603v.1
[Proposed] Order re: Hearing on Plaintiff's Motion for Class Certification / Case No. C09-03630 SI