1  SEYFARTH SHAW LLP
   Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
2  Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
   Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
3  560 Mission Street, Suite 3100
   San Francisco, California 94105-2930
4  Telephone: (415) 397-2823
   Facsimile:  (415) 397-8549
5
   Attorneys for Defendant
6  KIEWIT PACIFIC CO.

7  LAW OFFICES OF PETER M. HART
   PETER M. HART (State Bar No. 198691)
8  hartpeter@msn.com
   KIMBERLY A. WESTMORELAND (State Bar No. 237919)
9  kwestmoreland.loph@gmail.com
   MELISSA M. COYLE (State Bar No. 232775)
10 mcoyle.loph@gmail.com
   13952 Bora Bora Way, F-320
11 Marina Del Rey, CA 90292
   Telephone: (310) 478-5789
12 Facsimile: (509) 561-6441

13 Attorneys for Plaintiff
   ASHLEY WILSON
14
                          UNITED STATES DISTRICT COURT
15
                         NORTHERN DISTRICT OF CALIFORNIA
16

17
   ASHLEY WILSON, as an individual and on      )  Case No.: C09-03630 SI
18 behalf of all others similarly situated,    )
                                               )  **STIPULATION TO CONTINUE CASE**
19         Plaintiff,                          )  **MANAGEMENT CONFERENCE**
                                               )
20         v.                                  )  Date:  November 10, 2010
                                               )  Time:  3:00 p.m.
21 KIEWIT PACIFIC CO., a corporation;          )  Dept:  10, 19th Floor
                                               )  Judge: Hon. Susan Illston
22         Defendant.                          )
                                               )
23

24     Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between

25 ASHLEY WILSON ("Plaintiff") and KIEWIT PACIFIC CO. ("Defendant") (collectively the

26 "Parties"), through their respective undersigned counsel, as follows:

27     WHEREAS, a Case Management Conference in the above-captioned case is currently

28 scheduled for November 10, 2010;

WHEREAS, Plaintiff's Motion for Class Certification was heard on October 1, 2010, and as of the date of the filing of this Stipulation, no order has been issued thereon;

WHEREAS, in an effort to conserve judicial resources, the Parties seek a brief continuance of the Case Management Conference until after the Court has issued its Order on Plaintiff's Motion for Class Certification, so that the Parties can advise the Court on the relevant issues resulting from the Court's ruling at the Case Management Conference;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Case Management Conference, currently scheduled for November 10, 2010, shall be continued for 30 days.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Parties will file a Joint Case Management Conference Statement no later than seven days prior to the new date set for the Case Management Conference.

IT IS SO STIPULATED.

DATED: November 3, 2010      SEYFARTH SHAW LLP

By: _____
Francis J. Ortman III
Ari Hersher

Attorneys for Defendant
KIEWIT PACIFIC CO.

DATED: November 3, 2010      LAW OFFICES OF PETER M. HART

By: _____
Peter M. Hart

Attorneys for Plaintiff
ASHLEY WILSON

**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference is continued for 30 days, or as soon thereafter as a court date is available.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____   _____
The Honorable Susan Illston
Judge of the United States District Court

The CMC is continued to 12/9/10 @ 3 p.m. with a joint statement due one week prior to the conference.