SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KIEWIT PACIFIC CO.

LAW OFFICES OF PETER M. HART
PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
KIMBERLY A. WESTMORELAND (State Bar No. 237919)
kwestmoreland.loph@gmail.com
MELISSA M. COYLE (State Bar No. 232775)
mcoyle.loph@gmail.com
One Wilshire Blvd, Suite 2200
Los Angeles, California 90017
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Attorneys for Plaintiff
ASHLEY WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT PACIFIC CO., a corporation;<br><br>Defendant. | Case No.: C09-03630 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  January 21, 2011<br>Time:  3:00 p.m.<br>Dept:  10, 19th Floor<br>Judge: Hon. Susan Illston |

Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between ASHLEY WILSON ("Plaintiff") and KIEWIT PACIFIC CO. ("Defendant") (collectively the "Parties"), through their respective undersigned counsel, as follows:

WHEREAS, a Case Management Conference in the above-captioned case is currently scheduled for January 21, 2011;

WHEREAS, Plaintiff's lead counsel, Peter M. Hart, has a pre-existing conflict with the January 21, 2011 Case Management Conference date set by the Court and will not be able to attend the Conference as currently scheduled;

WHEREAS, Plaintiff's counsel was advised by the Court's Clerk that February 4, 2011 is an available date for the Case Management Conference in this matter;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Case Management Conference, currently scheduled for January 21, 2011, shall be continued for 14 days to February 4, 2011.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Parties will file a Joint Case Management Conference Statement no later than seven days prior to the new date set for the Case Management Conference.

IT IS SO STIPULATED.

DATED: January 3, 2011                     SEYFARTH SHAW LLP


By: _____/s/_____
         Francis J. Ortman III
         Ari Hersher

Attorneys for Defendant
KIEWIT PACIFIC CO.

DATED: January 3, 2011                     LAW OFFICES OF PETER M. HART


By: _____/s/_____
         Peter M. Hart

Attorneys for Plaintiff
ASHLEY WILSON

**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Case Management Conference is continued for 14 days to February 4, 2011, or as soon thereafter as a court date is available.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____      _____
                           The Honorable Susan Illston
                           Judge of the United States District Court