```
1   SEYFARTH SHAW LLP
    Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
2   Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
    Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
3   560 Mission Street, Suite 3100
    San Francisco, California 94105-2930
4   Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
5
    Attorneys for Defendant
6   KIEWIT PACIFIC CO.

7   LAW OFFICES OF PETER M. HART
    PETER M. HART (State Bar No. 198691)
8   hartpeter@msn.com
    KIMBERLY A. WESTMORELAND (State Bar No. 237919)
9   kwestmoreland.loph@gmail.com
    MELISSA M. COYLE (State Bar No. 232775)
10  mcoyle.loph@gmail.com
    13952 Bora Bora Way, F-320
11  Marina Del Rey, CA 90292
    Telephone: (310) 478-5789
12  Facsimile: (509) 561-6441

13  Attorneys for Plaintiff
    ASHLEY WILSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILSON, as an individual and on behalf of all others similarly situated, | Case No.: C09-03630 SI |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND SETTLEMENT CONFERENCE DEADLINE** |
| v. | |
| KIEWIT PACIFIC CO., a corporation; | |
| Defendant. | |

Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated, by and between ASHLEY WILSON ("Plaintiff") and KIEWIT PACIFIC CO. ("Defendant") (collectively the "Parties"), through their respective undersigned counsel, as follows:

/ / /

---

1

Joint Stipulation and [Proposed] Order to Extend Settlement Conference Deadline / Case No. C09-03630 SI

WHEREAS, the Parties attended a Case Management Conference on February 4, 2011, before Judge Susan Illston;

WHEREAS, the Court referred the above-captioned case to a Magistrate Judge for settlement purposes, and further ordered that a settlement conference occur within 60 days;

WHEREAS, the Parties were referred to Magistrate Judge James Larson, who noticed a settlement conference for March 22, 2010;

WHEREAS, Defendant is unavailable on March 22, 2010, due to a previously scheduled conflict;

WHEREAS, Defendant contacted Judge Larson's chambers and was informed that Judge Larson's next available dates for a settlement conference are May 12, 2011 and May 17, 2011;

WHEREAS, the Parties met and conferred and agreed to continue the Settlement Conference until May 17, 2011, at 10:00 am;

WHEREAS, the Parties believe that an extension of the Settlement Conference deadline will provide the Parties needed time to address several key issues and will maximize the chances of a negotiated resolution;

WHEREAS, the Parties have not previously requested an extension of the Settlement Conference deadline and do not believe this extension will materially alter the schedule for this case;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Settlement Conference deadline, currently scheduled for April 5, shall be continued by 60 days.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Parties will appear for Settlement Conference before Judge James Larson on Tuesday, May 17, 2011, beginning at 10:00 am.

IT IS SO STIPULATED.

2

Joint Stipulation and [Proposed] Order to Extend Settlement Conference Deadline / Case No. C09-03630 SI

DATED: March 9, 2011                SEYFARTH SHAW LLP


                                    By:      /s/
                                          Francis J. Ortman III
                                          Ari Hersher

                                    Attorneys for Defendant
                                    KIEWIT PACIFIC CO.


DATED: March 9, 2011                LAW OFFICES OF PETER M. HART


                                    By:      /s/
                                          Peter M. Hart

                                    Attorneys for Plaintiff
                                    ASHLEY WILSON


**[PROPOSED] ORDER EXTENDING THE SETTLEMENT CONFERENCE DEADLINE**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The Settlement Conference deadline is continued for 60 days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  3/10/10

                                    _____
                                    The Honorable Susan Illston
                                    Judge of the United States District Court