Peter M. Hart (SBN 198691) hartpeter @ msn.com
**LAW OFFICES OF PETER M. HART**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone:     (310) 478-5789
Facsimile:      (509) 561-6441

Kenneth H. Yoon (SBN 198443) kyoon @ yoon-law.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone:     (213) 612-0988
Facsimile:      (213) 947-1211

Larry W. Lee (State Bar No. 228175) lwlee @ diversity-law.com
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center • Suite 1370
Los Angeles, California 90071
Telephone:  (213) 488-6555
Facsimile:  (213) 488-6554

Attorneys for Plaintiff
ASHLEY WILSON

Gilmore F. Diekmann, Jr. (SBN 50400) gdiekmann @ seyfarth.com
Francis J. Ortman, III (SBN 213202) fortman @ seyfarth.com
Ari Hersher (SBN 260321) ahersher @ seyfarth.com
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendant
KIEWIT PACIFIC CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILSON, as an individual and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>PETER KIEWIT SONS, INC., a corporation, and KIEWIT PACIFIC CO., a corporation and DOES 1 through 100, inclusive,<br><br>　　　　　<u>Defendants.</u> | Case No.:  C09-03630 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>ORDER<br><br>Date:　　　April 29, 2011<br>Time:　　　3:00 pm<br>Dept:　　　10, 19th Floor<br>Judge:　　Hon. Susan Illston |

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE (C 09-03630 SI)

**STIPULATION**

IT IS HEREBY STIPULATED, by and between ASHLEY WILSON ("Plaintiff") and KIEWIT PACIFIC CO. ("Defendant"), through their respective undersigned counsel, as follows:

WHEREAS, on February 4, 2011, the Court set a Further Case Management Conference for April 29, 2011, at 3:00 pm and referred this case to a magistrate judge for settlement purposes, with a settlement conference to occur by April 5, 2011 (60 days);

WHEREAS, on February 23, 2011, Judge Larson schedule a Settlement Conference for March 22, 2011 at 10:00 am;

WHEREAS, on March 9, 2011, the parties filed a stipulation to continue the Settlement Conference deadline 60 days to accommodate Defendant's scheduling conflict with March 22, 2011 and the next date available to both parties and the Court May 17, 2011;

WHEREAS, on March 10, 2011, the Court granted 60 additional days of additional time on the settlement conference deadline to have the Settlement Conference on May 17, 2011;

WHEREAS, on March 18, 2011, the Court issued a Clerk's Notice continuing the Further Case Management Conference from April 29, 2011 at 3:00 pm to May 6, 2011 at 3:00 pm; and

WHEREAS, based on the original schedule set forth by the Court in its February 4, 2011 minute order, the parties believe it to be in the interest of the parties and Court to have the Further Case Management Conference after the Settlement Conference.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel that:

1. The Court continue the Further Status Conference from May 6, 2011 at 3:00 pm to June 3, 2011 at 3:00 pm, or to a later date convenient to the Court.

**SO STIPULATED**

DATED: April 28, 2011        LAW OFFICES OF KENNETH H. YOON


By: _____/s/_____
            Kenneth H. Yoon
         Attorney for Plaintiff

DATED:  April 28, 2011                              SEYFARTH SHAW LLP


By:  _____/s/_____
                Francis J. Ortman III
                Ari Hersher
             Attorney for Defendant


**[PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that: the Further Case Management Conference is continued to June 3, 2011 at 3:00 pm, or ~~to _____, 2011.~~

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  __May 2__, 2011                   _____/s/ Susan Illston_____
                                          The Honorable Susan Illston
                                          Judge of the United States District Court