CHAMBERS COPY

PETER M. HART, Esq. (State Bar No. 198691)
hartpeter@msn.com
KIMBERLY A. WESTMORELAND (State Bar No. 237919)
kwestmoreland.loph@gmail.com
**LAW OFFICES OF PETER M. HART**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
LINDA WHITEHEAD (State Bar No. 222799)
lwhitehead@yoonlaw.com
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

LARRY W. LEE (State Bar No. 228175)
lwlee@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

Attorneys for Plaintiff Ashley T. Wilson

## UNITED STATES DISTRICT COURT

### FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY T. WILSON, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KIEWIT PACIFIC, CO., a corporation; KIEWIT HIW, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  09-03630 SI _____<br><br>[~~PROPOSED~~] ORDER<br><br>Date:      May 17, 2010<br>Time:     10:00 a.m.<br>Judge:    Honorable James Larson<br>Court:    F, 15th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    The Court, having considered Plaintiff Ashley Wilson's Request For Relief Excusing Plaintiff Ashley Wilson From Personal Attendance At The Settlement Conference, all supporting declarations including the Declaration of Peter M. Hart, and finding good cause for the requested relief now finds as follows:

IT IS HEREBY ORDERED:

    Plaintiff's Request For Relief Excusing Plaintiff Ashley Wilson From Personal Attendance At The Settlement Conferenceis hereby **GRANTED**.

    Plaintiff is ordered to be available by telephone for contact by her counsel at all times during the Settlement Conference on May 17, 2011.

    **IT IS SO ORDERED.**

Dated: 5-12-11

Hon. James Larson,
United States Magistrate Judge