1   SEYFARTH SHAW LLP
    Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
2   Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
    Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
3   560 Mission Street, Suite 3100
    San Francisco, California  94105-2930
4   Telephone:  (415) 397-2823
    Facsimile:  (415) 397-8549
5
    Attorneys for Defendant
6   KIEWIT PACIFIC CO.

7   LAW OFFICES OF PETER M. HART
    PETER M. HART (State Bar No. 198691)
8   hartpeter@msn.com
    KIMBERLY A. WESTMORELAND (State Bar No. 237919)
9   kwestmoreland.loph@gmail.com
    12121 Wilshire Blvd, Suite 205
10  Los Angeles, California 90025
    Telephone: (310) 478-5789
11  Facsimile: (509) 561-6441

12  Attorneys for Plaintiff
    ASHLEY WILSON
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17  ASHLEY WILSON, as an individual and on    )   Case No.:  C09-03630 SI
    behalf of all others similarly situated,          )
18                                                    )   STIPULATION AND [PROPOSED]
                          Plaintiff,                  )   ORDER TO VACATE ORDER
19                                                    )   DISMISSING CASE AND SETTING
                  v.                                  )   HEARING DATE ON MOTION FOR
20                                                    )   PRELIMINARY APPROVAL
    KIEWIT PACIFIC CO., a corporation;               )
21                                                    )
                          Defendant.                  )
22                                                    )
                                                      )

23

24        Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between

25  ASHLEY WILSON ("Plaintiff") and KIEWIT PACIFIC CO. ("Defendant") (collectively the

26  "Parties"), through their respective undersigned counsel, as follows:

27

28
                                        1
    STIPULATION AND [PROPOSED] ORDER TO VACATE ORDER DISMISSING CASE AND SETTING
    HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL / CASE NO. C09-03630 SI

WHEREAS, a Settlement Conference in the above-captioned class action case occurred on May 17, 2011 with Magistrate Judge James Larson;

WHEREAS, the Parties reached a provisional class action settlement agreement at the Settlement Conference;

WHEREAS, on May 17, 2011, Judge Larson issued a Minute Entry confirming that the case had settled at the Settlement Conference;

WHEREAS, on May 25, 2011, Judge Illston entered an Order Dismissing Case,

WHEREAS, on June 6, 2011, counsel for Plaintiff telephoned Judge Illston's clerk and confirmed that this Order Dismissing Case was entered in error;

WHEREAS, the Parties wish to have this Order Dismissing Case vacated;

WHEREAS the Parties further wish to set the hearing date for the Motion for Preliminary Approval of Class Action Settlement for August 19, 2011, at 9:00 a.m. or as soon thereafter as the Parties may be heard;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Order Dismissing Case be vacated to allow the Parties to move forward with the settlement approval process.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the hearing date on the Motion for Preliminary Approval of Class Action Settlement be scheduled for August 19, 2011, or as soon thereafter as the Parties may be heard.

IT IS SO STIPULATED.

DATED: July 5, 2011                          SEYFARTH SHAW LLP


By: _____/s/_____
              Francis J. Ortman III
              Ari Hersher
              Attorneys for Defendant
              KIEWIT PACIFIC CO.

1    DATED: July 5, 2011                      LAW OFFICES OF PETER M. HART

2

3                                            By: _____/s/_____
                                                   Kimberly A. Westmoreland
                                             Attorney for Plaintiff
4                                            ASHLEY WILSON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Parties having so stipulated, and GOOD CAUSE APPEARING

THEREFORE, IT IS HEREBY ORDERED that:

    1.  The Order Dismissing Case is hereby vacated;

    2.  The hearing on the Motion for Preliminary Approval of Class Action

        Settlement is hereby set for ~~August 19~~, 2011, or _8/26/11_____, 2011, at _____

        a.m./p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ____7/6/11_____        _____

                        The Honorable Susan Illston

                        Judge of the United States District Court

STIPULATION AND [PROPOSED] ORDER TO VACATE ORDER DISMISSING CASE AND SETTING
HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL / CASE NO. C09-03630 SI

13541858v.1