SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KIEWIT PACIFIC CO.

LAW OFFICES OF PETER M. HART
PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
KIMBERLY A. WESTMORELAND (State Bar No. 237919)
kwestmoreland.loph@gmail.com
12121 Wilshire Blvd, Suite 205
Los Angeles, California 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Attorneys for Plaintiff
ASHLEY WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILSON, as an individual and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br> KIEWIT PACIFIC CO., a corporation;<br><br>        Defendant. | Case No.: C09-03630 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between ASHLEY WILSON ("Plaintiff") and KIEWIT PACIFIC CO. ("Defendant") (collectively the "Parties"), through their respective undersigned counsel, as follows:

1  WHEREAS, on May 17, 2011, the Parties participated in a settlement conference with the Honorable Judge James Larson;

WHEREAS, the Parties provisionally agreed on settlement terms for Plaintiff's individual and class action claims at the settlement conference;

WHEREAS, on July 6, 2011, the Parties filed a Stipulation and [Proposed] Order to Vacate Order Dismissing Case and Setting Hearing Date on Motion for Preliminary Approval, and requested a hearing date on the Motion for Preliminary Approval of Class Action Settlement ("Motion") on August 26, 2011, at 9:00 a.m.;

WHEREAS, the Court entered an Order Vacating the Order Dismissing the Case and setting the hearing date on the Parties' Motion for August 26, 2011, at 9:00 a.m.;

WHEREAS, the Parties have met and conferred regarding the terms of the class action settlement, and are in the process of gathering class data necessary for the negotiation;

WHEREAS, the Parties are in the process of drafting a long-form class action Settlement Agreement;

WHEREAS, the Parties require additional time to review the class data, negotiate the class settlement terms, and hone the long-form class action Settlement Agreement;

WHEREAS, the Parties have met and conferred and due to the schedules of counsel, the Parties do not anticipate that they will be able to file the Motion until September 9, 2011.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Motion for Preliminary Approval of Class Action Settlement will be filed on or before September 9, 2011.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the hearing date on the Motion for Preliminary Approval of Class Action Settlement be scheduled for October 14, 2011, or as soon thereafter as the Court is available.

IT IS SO STIPULATED.

DATED: August 3, 2011                SEYFARTH SHAW LLP


                                     By:  _____/s/_____
                                           Francis J. Ortman III
                                           Ari Hersher

                                     Attorneys for Defendant
                                     KIEWIT PACIFIC CO.

DATED: August 3, 2011                LAW OFFICES OF PETER M. HART


                                     By:  _____/s/_____
                                           Peter M. Hart

                                     Attorney for Plaintiff
                                     ASHLEY WILSON

**[PROPOSED] ORDER**

The Parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. The August 26, 2011 hearing date on the Motion for Preliminary Approval of Class Action Settlement is hereby vacated;

2. The hearing on the Motion for Preliminary Approval of Class Action Settlement is hereby set for October 14, 2011, or _____, 2011, at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/5/11                     _____
                                 The Honorable Susan Illston
                                 Judge of the United States District Court

**LAW OFFICES OF PETER M. HART**
PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
KIMBERLY A. WESTMORELAND (State Bar No. 237919)
kwestmoreland.loph@gmail.com
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

**LAW OFFICES OF KENNETH H. YOON**
KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

LARRY W. LEE (State Bar No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street
Citigroup Center, Suite 1370
Los Angeles, California 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554

Attorneys for Plaintiff Ashley Wilson

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILSON, as individuals and on behalf all of others similarly situated, Plaintiffs, vs. KIEWIT PACIFIC CO., a corporation, Defendant. | Case No.: 3:09-CV-03630 SI **DECLARATION OF PETER M. HART IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL** |

DECLARATION OF PETER M. HART IN SUPPORT OF STIPULATION AND [PROPOSED]
ORDER TO CONTINUE HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL
(3:09-CV-03630 SI)

I, Peter M. Hart, hereby declare:

1. I am an attorney at law duly admitted to practice before all courts in the State of California and am a member of the law firm of the Law Offices of Peter M. Hart, attorneys of record for plaintiff Ashley Wilson on behalf of herself and other similarly situated individuals (hereinafter "Plaintiff"), in the above-entitled action. I was retained by Plaintiff and was originally sought out by her and did not know her prior to his contacting my offices.

2. I have personal knowledge of the matters set forth herein, and if called upon as a witness to testify thereto, I could and would competently do so.

3. On May 17, 2011, the Parties participated in a settlement conference with the Honorable Judge James Larson.

4. After the settlement conference Judge Larson issued an order that the case had settled.

5. On July 6, 2011, the Parties filed a Stipulation and [Proposed] Order to Vacate Order Dismissing Case and Setting Hearing Date on Motion for Preliminary Approval, and requested a hearing date on the Motion for Preliminary Approval of Class Action Settlement ("Motion") on August 26, 2011, at 9:00 a.m.

6. The Court entered an Order Vacating the Order Dismissing the Case and setting the hearing date on the Parties' Motion for August 26, 2011, at 9:00 a.m.

7. The Parties have met and conferred regarding the terms of the class action settlement, and are in the process of gathering class data necessary for the negotiation.

8. The Parties are in the process of drafting a long-form class action Settlement Agreement.

9. The Parties require additional time to review the class data, negotiate the class settlement terms, and hone the long-form class action Settlement Agreement.

10. The Parties have met and conferred and due to the schedules of counsel, the Parties do not anticipate that they will be able to file the Motion until September 9, 2011.

11. The Parties met and conferred and agree, by and between Plaintiff and Defendant,

- 2 –
DECLARATION OF PETER M. HART IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (3:09-CV-03630 SI)

1  through their respective counsel, that the Motion for Preliminary Approval of Class Action Settlement
2  will be filed on or before September 9, 2011.

3          12.    The Parties met and conferred and agree, by and between Plaintiff and
4  Defendant, through their respective counsel, that the hearing date on the Motion for Preliminary
5  Approval of Class Action Settlement be scheduled for October 14, 2011, or as soon thereafter as the
6  Court is available.

7          I declare under penalty of perjury and the laws of the State of California and the United
8  States of America that the foregoing is true and correct and that this declaration was executed on this
9  3rd day of August, 2011 at Los Angeles, California.

                                                                   /s/
                                               PETER M. HART