SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (State Bar No. 50400) gdiekmann@seyfarth.com
Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
Ari Hersher (State Bar No. 260321) ahersher@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
KIEWIT PACIFIC CO.

LAW OFFICES OF PETER M. HART
PETER M. HART (State Bar No. 198691)
hartpeter@msn.com
KIMBERLY A. WESTMORELAND (State Bar No. 237919)
kwestmoreland.loph@gmail.com
12121 Wilshire Blvd, Suite 205
Los Angeles, California 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441

Attorneys for Plaintiff
ASHLEY WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILSON, as an individual and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>KIEWIT PACIFIC CO., a corporation;<br><br>  Defendant. | Case No.: C09-03630 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Pursuant to Civil Local Rules 7-12 and 16-2, it is hereby stipulated, by and between

ASHLEY WILSON ("Plaintiff") and KIEWIT PACIFIC CO. ("Defendant") (collectively the

"Parties"), through their respective undersigned counsel, as follows:

1  WHEREAS, on May 17, 2011, the Parties participated in a settlement conference with the Honorable Judge James Larson;

WHEREAS, the Parties provisionally agreed on settlement terms for Plaintiff's individual and class action claims at the settlement conference;

WHEREAS, on July 6, 2011, the Parties filed a Stipulation and [Proposed] Order to Vacate Order Dismissing Case and Setting Hearing Date on Motion for Preliminary Approval, and requested a hearing date on the Motion for Preliminary Approval of Class Action Settlement ("Motion") on August 26, 2011, at 9:00 a.m.;

WHEREAS, the Court entered an Order Vacating the Order Dismissing the Case and setting the hearing date on the Parties' Motion for August 26, 2011, at 9:00 a.m.;

WHEREAS, the Court upon request of the Parties the Court continued the hearing date on Motion from August 26, 2011, at 9:00 a.m. to October 14, 2011, at 9:00 a.m. after the Parties advised the Court of their efforts to gather data and finalize the Settlement Agreement;

WHEREAS, the Parties are still in the process of drafting a long-form class action Settlement Agreement and have continued their efforts to reach an agreed-upon Settlement Agreement and have narrowed most of the issues that were outstanding and anticipate that this will be their last request for additional time to finalize the Settlement Agreement;

WHEREAS, the Parties require additional time to review the class data, negotiate the class settlement terms, and hone the long-form class action Settlement Agreement;

WHEREAS, the Parties have met and conferred and due to the schedules of counsel, including a previously scheduled trial, the Parties do not anticipate that they will be able to file the Motion until October 7, 2011.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the Motion for Preliminary Approval of Class Action Settlement will be filed on or before October 7, 2011.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that the hearing date on the Motion for Preliminary

Approval of Class Action Settlement be scheduled for November 11, 2011, or as soon thereafter as the Court is available.

  IT IS SO STIPULATED.

DATED: September 9, 2011    SEYFARTH SHAW LLP

              By: _____/s/_____
                Francis J. Ortman III
                Ari Hersher

              Attorneys for Defendant
              KIEWIT PACIFIC CO.

DATED: September 9, 2011    LAW OFFICES OF PETER M. HART

              By: _____/s/_____
                Peter M. Hart

              Attorney for Plaintiff
              ASHLEY WILSON

### [PROPOSED] ORDER

The Parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. The October 14, 2011 hearing date on the Motion for Preliminary Approval of Class Action Settlement is hereby vacated;

2. The hearing on the Motion for Preliminary Approval of Class Action Settlement is hereby set for November __18__, 2011, or _____, 2011, at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ___9/13/11___                    _____/s/ Susan Illston_____
                                       The Honorable Susan Illston
                                       Judge of the United States District Court