IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASHLEY WILSON,                                             No. C 09-03630 SI

        Plaintiff,                                          **JUDGMENT**

  v.

KIEWIT PACIFIC CO.,

        Defendant.
                                                          /

On April 4, 2012, the Court entered its Order Granting Final Approval Of Class Action Settlement, Award Of Class Representative's Service Payment, Attorneys' Fees And Litigation Costs, And Claims Administrator's Costs And Entering Final Judgment ("Final Approval Order"). Pursuant to Federal Rule of Civil Procedure 54, judgment is hereby entered. The action is dismissed with prejudice per the terms and conditions set forth in the parties' Joint Stipulation of Class Action Settlement and Final Approval Order, without costs to any party except as provided therein.

The Court retains jurisdiction over the plaintiff, defendant, and the members of the Class to enforce the terms of the Agreement and this Judgment.

**IT IS SO ORDERED.**

Dated: April 4, 2012

SUSAN ILLSTON
United States District Judge